IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL JOE FREEMAN                                                                 PLAINTIFF

v.                            Civil No. 06-1067

KEN JONES, Sheriff, Union County,
Arkansas; and DEBBIE HOWARD,
Jail Nurse, Union County Criminal
Justice Center                                                       DEFENDANTS

**ORDER**

On December 19, 2006, the defendants filed a motion to dismiss (Doc. 15). On December 28, 2006, a show cause order was entered (Doc. 16) giving the plaintiff until January 12, 2007, to show cause why this action should not be dismissed based on his failure to respond to discovery requests. The show cause order mailed to the plaintiff at the Union County Criminal Justice Center was returned as undeliverable.

When the plaintiff was booked in at the Union County Criminal Justice Center, he provided officials with a home address. The court utilizing this address directed the entry of a change of address on January 22, 2007, and gave plaintiff until February 5, 2007, to respond to the show cause order (Doc. 17). Plaintiff was advised that if he did not respond to the show cause order this case would be dismissed based on his failure to obey the orders of the court and his failure to prosecute this action.

To date, no response to the show cause order has been received. Plaintiff has not contacted the court. The court's order of January 22nd has not been returned as undeliverable. Accordingly, this action is dismissed based on the plaintiff's failure to obey the orders of the court and his failure to prosecute this case. Fed. R. Civ. P. 41.

IT IS SO ORDERED this 12th day of February 2007.

                                                                   /s/ *Harry F. Barnes*
                                                                  UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)